**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Nicholas R. Barthel, Esq. (SBN: 319105)
nicholas@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HEKMAT LAW GROUP**
Joseph M. Hekmat, Esq. (SBN: 265229)
jhekmat@hekmatlaw.com
11111 Santa Monica Blvd., Suite 1700
Los Angeles, CA 90025
Telephone: (424) 888-4529
Facsimile: (424) 270-0242

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN BRODETSKY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAURICE RASSON, an individual d/b/a AMECI PASTA & PIZZA; and SUZI RASSON, an individual d/b/a AMECI PASTA & PIZZA,<br><br>Defendants. | Case No.: 2:20-cv-00601-CBM-SS<br><br>**NOTICE OF SETTLEMENT ON AN INDIVIDUAL BASIS** |

NOTICE IS HEREBY GIVEN that this case has been settled confidentially on an individual basis with the only remaining Defendants Maurice Rasson and Suzi Rasson. Plaintiff Allen Brodetsky ("Plaintiff") anticipates filing a voluntary request for dismissal within 45 days.

Plaintiff therefore respectfully requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after May 29, 2020, for Plaintiff to file a voluntary request for dismissal with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members.

Date: April 13, 2020            Kazerouni Law Group, APC

By: /s Abbas Kazerounian
ak@kazlg.com
Abbas Kazerounian
*Attorneys for Plaintiff*

**NOTICE OF SETTLEMENT ON AN INDIVIDUAL BASIS**     2 OF 2