**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Nicholas R. Barthel, Esq. (SBN: 319105)
nicholas@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HEKMAT LAW GROUP**
Joseph M. Hekmat, Esq. (SBN: 265229)
jhekmat@hekmatlaw.com
11111 Santa Monica Blvd., Suite 1700
Los Angeles, CA 90025
Telephone: (424) 888-4529
Facsimile: (424) 270-0242

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN BRODETSKY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAURICE RASSON, an individual d/b/a AMECI PASTA & PIZZA; and SUZI RASSON, an individual d/b/a AMECI PASTA & PIZZA,<br><br>Defendants. | Case No.: 2:20-cv-00601-CBM-SS<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that plaintiff Allen Brodetsky ("Plaintiff") hereby voluntarily dismisses the above-captioned action against defendants Maurice Rasson and Suzi Rasson d/b/a AMECI PASTA & PIZZA, in its entirety, with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Date: May 15, 2020                                  Kazerouni Law Group, APC

By: /s Jason A. Ibey
jason@kazlg.com
Jason A. Ibey
*Attorneys for Plaintiff*

**VOLUNTARY DISMISSAL OF ACTION**                                       2 OF 2